Joshua H. Reisman, Esq.
Nevada Bar No. 7152
Glenn Meier, Esq.
Nevada Bar No. 6059[1]
**REISMAN·SOROKAC**
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: (702) 727-6258
Facsimile: (702) 446-6756
Email: jreisman@rsnvlaw.com
Email : glenn@glennmeier.com
*Attorney for Defendants*
*Michael Cannon, Robert Anderson,*
*and Terry McEwen*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MILFORD SKANE, an individual<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL CANNON, individually; ROBERT ANDERSON, individually; TERRY MCEWEN, individually; and DOES 1-20; and ROE BUSINESS ENTITITES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:25-cv-01187-CDS-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS' MICHAEL CANNON, ROBERT ANDERSON, AND TERRY MCEWEN'S RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant Michael Cannon ("Cannon"), Robert Anderson ("Anderson"), and Terry McEwen ("McEwen"), by and through its attorney, Joshua H. Reisman, Esq., of the law firm Reisman Sorokac, hereby submits this stipulation to extend time for Defendants' Cannon, Anderson, and McEwen to respond to Plaintiff's complaint from July 7, 2025 until July 9, 2025.

The parties agree that nothing about this stipulation is intended to, or shall, amount to a waiver of any of party's claims or defenses in this mater, all of which are explicitly preserved.

This brief extension is necessary to accommodate travel schedules for Defendants' counsel related to the Fourth of July holiday. Additionally, Mr. Reisman has had to attend to personal

---

[1] Mr. Meier is an independent contractor for Reisman Sorokac.

1

medical issues which required significant time away from the office during typical work hours.

Dated: July 8, 2025

**LINCOLN, GUSTAFSON & CERCOS LLP**

/s/ *STEFANY "MILEY" TEWELL, ESQ*
LOREN S. YOUNG, ESQ.
Nevada Bar No. 7567
STEFANY "MILEY" TEWELL, ESQ.
Nevada Bar No. 6144
7670 West Lake Mead Blvd, Suite 200
Las Vegas, Nevada 89128
Attorneys for *Plaintiff Milford Skane*

Dated: July 8, 2025

**REISMAN·SOROKAC**

/s/ Glenn Meier, Esq.
Joshua H. Reisman, Esq.
Nevada Bar No. 7152
Glenn Meier, Esq.
Nevada Bar No. 6059
8965 S. Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Email: jreisman@rsnvlaw.com
Email : glenn@glennmeier.com
*Attorney for Defendants Michael Cannon, Robert Anderson, and Terry McEwen*

# ORDER

The Court having reviewed the foregoing stipulation and good cause appearing, IT IS HEREBY ORDERED that Defendants' Cannon, Anderson, and McEwen shall have through and including Wednesday, July 9, 2025, to respond to Plaintiff's complaint. Nothing about this stipulation or order is intended to, or shall, amount to a waiver of any of party's claims or defenses in this matter, all of which are explicitly preserved

**IT IS SO ORDERED.**

DATED: 7/10/2025

Respectfully submitted by:

**REISMAN·SOROKAC**

/s/ Glenn Meier, Esq.
Joshua H. Reisman, Esq.
Nevada Bar No. 7152
Glenn Meier, Esq.
Nevada Bar No. 6059[2]
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
*Attorney for Defendants Michael Cannon, Robert Anderson, and Terry McEwen.*

---

[2] Mr. Meier is an independent contractor for Reisman Sorokac.

2