**LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
**STEFANY "MILEY" TEWELL, ESQ.**
Nevada Bar No. 6144
**LINCOLN, GUSTAFSON & CERCOS, LLP**
ATTORNEYS AT LAW
7670 West Lake Mead Blvd, Suite 200
Las Vegas, Nevada 89128
Telephone: (702) 257-1997
Facsimile: (702) 257-2203
lyoung@lgclawoffice.com
stewell@lgclawoffice.com

THOMAS J FLEMING, Esq.
SAHAND FARAHATI, Esq.
OLSHAN FROME WOLOSKY LLP
*(pro hac vice application pending)*
1325 Avenue of the Americas
New York, New York 10019
(212) 451-2300
tfleming@olshanlaw.com
sfarahati@olshanlaw.com

Attorneys for Plaintiff, Milford Skane

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MILFORD SKANE, an individual<br><br>Plaintiff<br><br>vs.<br><br>MICHAEL CANNON, individually; ROBERT ANDERSON, individually; TERRY MCEWEN, individually; and DOES 1-20; and ROE BUSINESS ENTITIES 1 through 20, inclusive,<br><br>Defendants | CASE NO: 2:25-cv-01187-CDS-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS**<br><br>[ECF No. 11] |

      Plaintiff, MILFORD SKANE ("Plaintiff"), by and through his counsel of records, Loren S. Young, Esq., and Stefany Tewell, Esq., of LINCOLN, GUSTAFSON & CERCOS, and Defendants, MICHAEL CANNON, ROBERT ANDERSON and TERRY MCEWEN (hereinafter collectively as "Defendants"), by and through their respective counsel of record, hereby stipulation to extend time to

1 respond to the Motion to Dismiss by Defendants (ECF 7). The parties have agreed to a three-
2 week extension, with the new deadline of August 13, 2025.
3 DATED this 18th day of July, 2025.     DATED this 18th day of July, 2025.
4 **LINCOLN, GUSTAFSON & CERCOS, LLP**   **REISMAN SOROKAC**
5 */s/ Loren S. Young*    */s/ Joshua H. Reisman*
6 **LOREN S. YOUNG, ESQ.**   **JOSHUA H. REISMAN, ESQ.**
Nevada Bar No. 7567    Nevada Bar No. 7152
7 **STEFANY "MILEY" TEWELL, ESQ.**   **GLENN MEIER, ESQ.**
Nevada Bar No. 6144    Nevada Bar No. 6059
8 7670 W. Lake Mead Blvd., Suite 200   8965 S. Eastern Ave., Suite 382
Las Vegas, Nevada 89128    Las Vegas, Nevada 89123
9 Attorneys for Plaintiff, Milford Skane   Attorneys for Defendants, Michael Cannon,
      Robert Anderson and Terry McEwen
10
11                               **ORDER**
12   Based on the parties' stipulation, the deadline for plaintiff to file a response to the
13 defendants' motion to dismiss is extended to August 13, 2025.
14   Dated: July 21, 2025

      _____
16           United States District Judge

19 Submitted by:
20 **LINCOLN, GUSTAFSON & CERCOS, LLP**
21 */s/ Loren S. Young*
22 **LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
23 **STEFANY "MILEY" TEWELL, ESQ.**
Nevada Bar No. 6144
24 7670 W. Lake Mead Blvd., Suite 200
Las Vegas, Nevada 89128
25 Attorneys for Plaintiff, Milford Skane